

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) 20-12053 BKOBJ01 BROCK & SCOTT, PLLC 302 Fellowship Rd, Suite 130 Mount Laurel, NJ 08054 (844) 856-6646 Attorneys for Santander Bank, N.A. | Order Filed on January 24, 2024 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re: PIOTR BARTOSZ | Case No: 23-17545-MBK Hearing Date: January 24, 2024 Judge: MICHAEL B. KAPLAN Chapter: 13 |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

DATED: January 24, 2024

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| 20-12053 BKOBJ01 |
| BROCK & SCOTT, PLLC |
| 302 Fellowship Rd, Suite 130 |
| Mount Laurel, NJ 08054 |
| (844) 856-6646 |
| Attorneys for Santander Bank, N.A. |

| In Re: | Case No: 23-17545-MBK |
| --- | --- |
| Piotr Bartosz | Hearing Date: January 24, 2024 |
| | Judge: MICHAEL B. KAPLAN |
| | Chapter: 13 |

The Consent Order pertains to the property located at 601 Sonnet Place, Lawrenceville, NJ 08648 ("Property"), mortgage account ending with "2619";

This Matter having been brought before the Court by John Zimnis, Esquire, attorney for Debtor, Piotr Bartosz (hereinafter the "Debtor"), upon the filing of a Chapter 13 Plan, Santander Bank, N.A. (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

1. The Parties agree that this consent order shall be made part of the Confirmation Order.

2. The Debtor agrees that they shall cure the full amount of Creditor's valid secured Proof of Claim (#9), which lists a total debt in the amount of $97,792.07, through the Chapter 13 Plan payments.

3. The loan matures on November 1, 2026 during the Bankruptcy Plan and Debtor agrees that they shall be directly responsible for maintaining taxes and insurance on the Property.

4. If required by the Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in Creditor's allowed secured Proof of Claim.

5. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form, Content and entry of the within Order:

BROCK AND SCOTT, PLLC
Santander Bank, N.A.
By Its Attorney,

/s/ Matthew Fissel
Matthew Fissel, Esquire
(Bar No. 038152012)
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
Telephone: 844-856-6646
Facsimile: 704-369-0760
E-Mail: NJBKR@brockandscott.com

Dated: January 16, 2024

DEBTOR
By Their Attorney,

/s/ John Zimnis
John Zimnis, Esquire
Attorney for Debtor
1245 Whitehorse-Mercerville Road,
Suite 412,
Trenton, NJ 08619
Phone Number: 609-581-9353
Email: njbankruptcylaw@aol.com.

Dated: 1/15/24

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-17545-MBK |
| Piotr Bartosz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2
Date Rcvd: Jan 24, 2024    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Piotr Bartosz, 601 Sonnett Place, Lawrence Township, NJ 08648-2552 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| John Zimnis | on behalf of Debtor Piotr Bartosz njbankruptcylaw@aol.com. |
| Loren L. Speziale | on behalf of Creditor Santander Bank N.A. lspeziale@grossmcginley.com jkacsur@grossmcginley.com |
| Matthew K. Fissel | on behalf of Creditor Santander Bank N.A. wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Santander Bank  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jan 24, 2024 | Form ID: pdf903 | Total Noticed: 1

William H Brosha
    on behalf of Creditor Eagles Chase at Lawrence Condominium Association  Inc. collections@theassociationlawyers.com

TOTAL: 7